# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AIR TROPIQUES, SPRL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1438 |
| | § | |
| NORTHERN & WESTERN INS. | § | |
| CO. LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER

On October 31, 2014, Air Tropiques, SPRL advised the court that Northern & Western Insurance Company, Ltd. ("NWIC") is the subject of liquidation proceedings before the Eastern Carribean Supreme Court, High Court of Justice, for the Federation of St. Christopher and Nevis. By November 21, 2014, the defendants must file statements showing cause why the case against NWIC should not be stayed pending the outcome of the liquidation proceedings. The statements should also identify the impact of the liquidation proceedings on the claims against the other defendants. Air Tropiques must file a response no later than **December 5, 2014**.

SIGNED on November 4, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge