# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| AIR TROPIQUES, SPRL, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-1438 |
| | § | |
| NORTHERN & WESTERN INS. | § | |
| CO. LTD., *et al.*, | § | |
| | § | |
| Defendants. | § | |

## ORDER STAYING AND ADMINISTRATIVELY CLOSING CASE

On October 3, 2014, the Eastern Caribbean Supreme Court placed defendant Northern & Western Insurance Company, Ltd. ("Northern & Western") into provisional liquidation. *See In re Northern & Western Ins. Co., Ltd.*, No. NEVHCV 2014/96 (in the Eastern Caribbean Supreme Court, Nevis Circuit (Civil)) (Docket Entry No. 33, Ex. A). The Eastern Caribbean Supreme Court appointed two provisional liquidators to "investigate [Northern & Western's] affairs" and "preserve the value of [Northern & Western's] assets pending the hearing of its petition to be wound up by the Court." (*Id.*). The Court also ordered that "[n]o suit, action or other proceeding be commenced or continued against the Applicant except with the leave of the Court and subject to such terms as the Court may impose." (*Id.*).

Air Tropiques advised the court of the liquidation proceedings on October 31, 2014. (Docket Entry No. 33). On November 4, 2014, the court issued an order directing the defendants to show cause why the case should not be stayed pending the outcome of the liquidation proceedings. The defendants advised the court that Northern & Western is now managed by the provisional liquidators appointed by the Eastern Carribean Supreme Court, and neither Devon nor Robert Harrison can act

on behalf of Northern & Western. (Docket Entry No. 35). AirTropiques advised the court that it also believes a stay is appropriate. (Docket Entry No. 36).

This matter is stayed and administratively closed pending further order from the Eastern Caribbean Supreme Court. Northern & Western must notify the parties and this court, in writing, no later than 7 days after the Eastern Caribbean Supreme Court issues any such order. **By March 2, 2015**, Northern & Western must file a written report on the status of the proceedings before the Eastern Caribbean Supreme Court. The parties may ask the court to lift the stay and have the case reinstated to the active docket of this court by motion filed no later than 14 days after the Eastern Caribbean Supreme Court issues an order permitting such a result. In the interim, all pending motions are denied without prejudice, subject to refiling if appropriate when the bankruptcy is resolved and the stay is lifted.

SIGNED on December 16, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge